IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WAYNE DAVIS,

        Petitioner,

    v.

JEAN HILL,

        Respondent.

No. CV 06-1497-JE

OPINION & ORDER

**MOSMAN, J.**,

    On July 7, 2009, Magistrate Judge Jelderks issued Findings and Recommendation ("F&R") (#49) in the above-captioned case recommending that I DENY petitioner's Petition for Writ of Habeas Corpus (#1) and enter judgment dismissing this case with prejudice. No objection to the F&R was filed.

### DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate

PAGE 1 - OPINION & ORDER

judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

    Upon review, I agree with Judge Jelderks's recommendation, and I ADOPT the F&R (#49) as my own opinion.

IT IS SO ORDERED.

    DATED this  10th  day of August, 2009.

                                      /s/ Michael W. Mosman
                                      MICHAEL W. MOSMAN
                                      United States District Court